UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TOMAS VALE VALDIVIA                                                                                  PETITIONER
Reg #33468-018

V.                              No. 2:22-cv-00247-LPR-ERE

JOHN YATES, Warden,
FCI-Forrest City                                                                                        RESPONDENT

## ORDER

Respondent has filed a response (*Doc. 18*), asserting that the Court should dismiss the § 2241 habeas petition (*Doc. 2*) because Petitioner Tomas Vale Valdivia failed to exhaust his administrative remedies before filing the petition, and, alternatively, he is not entitled to the jail credit he seeks.

Mr. Valdivia has up to and including **Thursday, March 16, 2023** to file a reply addressing Respondent's arguments for dismissal.

DATED this 2nd day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE